**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

LAWRENCE COUNTY RECOVERY,                    Case No. 1:24-cv-452
LLC, *et al.*,                               Litkovitz, M.J.
      Plaintiffs,

vs.

VILLAGE OF COAL GROVE, OH,                    **ORDER**
*et al.*,
      Defendants.

On July 22, 2026, the parties contacted the Court with a dispute during a deposition being conducted via Zoom by plaintiffs' counsel.  Defendants' counsel and the deponent were present and visible via Zoom.  Defendant James Thomas Holt IV was also present with defendants' counsel and the deponent but not visible via Zoom.  This matter is before the Court on whether all individuals present during the Zoom deposition must be visible to each other.

For the reasons discussed at the conference, all individuals present at a deposition conducted via Zoom must be visible to each other.

    **IT IS SO ORDERED.**

Date: 7/22/2026

Karen L. Litkovitz
United States Magistrate Judge